Dear Clerk of Court,          10-13-2023

    About two months ago or more I sent two 28 USC 2241 habeas corpus petitions to the US Courthouse at 85 Broad St. in Charleston. One of them was against the President of Trident Technical College and the other the Secretary of the Army National Guard.

    I have yet to receive ANY orders, case numbers, and/or information of their receipt. Please check on this matter for me. I am very concerned!

Respectfully,

Patrick R. McIntosh

Patrick McIntosh #24876171
Federal Medical Center
PMB 4000
Rochester MN 55903-4000

22 Rosedale Dr.
Charleston SC 29407